CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 29 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ALLEN NEIL PANFILE, SR., ) | Civil Action No. 7:10-cv-00425 |
|     Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEPUTY DIRECTOR GENE M. ) | |
|     JOHNSON, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2254 petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rule 4 of the Rules Governing § 2254 Cases; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 29th day of October, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge